1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KIHWAN PAE, an individual,

        Plaintiff,

    v.

SELECT PORTFOLIO SERVICING, INC.,
a business entity; and DOES 1 through 50,
inclusive,

        Defendants.

Case No.  5:15-cv-01132 HRL

**ORDER REFERRING CASE TO ADR
UNIT FOR ASSESSMENT TELEPHONE
CONFERENCE**

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff's and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than April 30, 2015.

Plaintiff's and Defendant's counsel shall be prepared to discuss the following subjects:

(1)    Identification and description of claims and alleged defects in loan documents.

(2)    Prospects for loan modification.

(3)    Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff shall do the following:

United States District Court
Northern District of California

1    (1)    Review relevant loan documents and investigate the claims to determine whether

2  they have merit.

3    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims,

4  Plaintiff shall prepare a current, accurate financial statement and gather all of the information and

5  documents customarily needed to support a loan modification request.  Further, Plaintiffs shall

6  immediately notify Defendant's counsel of the request for a loan modification.

7    (3)    Provide counsel for Defendant with information necessary to evaluate the prospects

8  for loan modification, in the form of a financial statement, worksheet or application customarily

9  used by financial institutions.

10    In preparation for the telephone conference, counsel for Defendant shall do the following.

11    (1)    If Defendant is unable or unwilling to do a loan modification after receiving notice

12  of Plaintiff's request, counsel for Defendant shall promptly notify Plaintiff to that effect.

13    (2)    Arrange for a representative of each Defendant with full settlement authority to

14  participate in the telephone conference.

15    The ADR Unit will notify the parties of the date and time the telephone conference will be

16  held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation

17  for further ADR proceedings.

18    SO ORDERED.

19  Dated:  March 17, 2015

20    _____

21    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

5:15-cv-01132-HRL Notice has been electronically mailed to:

James Christopher Magid      james.magid@lockelord.com, ChicagoDocket@lockelord.com, lvaughn@lockelord.com

Jessica Ryan Galletta      mellenlaw@yahoo.com

Matthew David Mellen      mellenlaw@yahoo.com

Regina Jill McClendon      rmcclendon@lockelord.com, chicagodocket@lockelord.com, lvaughn@lockelord.com

United States District Court
Northern District of California