UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIHWAN PAE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  5:15-cv-01132 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　　　Defendant moves to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than March 25, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   March 30, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

5:15-cv-01132-HRL Notice has been electronically mailed to:

James Christopher Magid    james.magid@lockelord.com, ChicagoDocket@lockelord.com, lvaughn@lockelord.com

Jessica Ryan Galletta    mellenlaw@yahoo.com

Matthew David Mellen    mellenlaw@yahoo.com

Regina Jill McClendon    rmcclendon@lockelord.com, chicagodocket@lockelord.com, lvaughn@lockelord.com