UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIHWAN PAE,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | Case No. 15-cv-01132-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 9, 2015**<br><br>[Re: ECF 37] |

The parties in the above-captioned action are presently scheduled to appear for a case management conference on June 11, 2015. The parties are thereafter scheduled to appear for a hearing on Defendants' motion to dismiss and motion to expunge a notice of pendency on July 9, 2015. In the interest of efficiency, the Court HEREBY CONTINUES the case management conference to **July 9, 2015** at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge